THE STATE, EX REL. PEABODY COAL COMPANY, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as State, ex rel. Peabody Coal Co., *v.* Indus. Comm. (1989), 44 Ohio St. 3d 104.]

(No. 88-1795—Submitted March 28, 1989—Decided July 12, 1989.)

*Vorys, Sater, Seymour & Pease,*
*Sandra J. Anderson* and *Walter H.*
*Goodwin,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, *Michael L. Squillace*
and *Merl H. Wayman,* for appellant Industrial Commission.

*Larrimer & Larrimer* and *David H. Swanson,* for appellant Robert H. Love.

*Per Curiam.* We hereby grant appellee's motion for rehearing. Upon reconsideration, we hereby grant appellee's request for reimbursement from the statutory Surplus Fund for all monies paid subsequent to the commission's order finding that claimant's condition had become permanent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

DOUGLAS, J., concurring. I am pleased to see the majority now adopt the position set forth in my concurrence (joined in by Justice Sweeney) in *State, ex rel. Eaton Corp.*, v. *Lancaster* (1988), 40 Ohio St. 3d 404, 416-417, 534 N.E. 2d 46, 58.

SWEENEY, J., concurs in the foregoing concurring opinion.